1  PHILLIP W GILLET JR #214914
2  ATTORNEY AT LAW
3  1705 27TH STREET
4  BAKERSFIELD, CA 93301-2807
5  (661)323-3200

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 13-14438-A-13K |
|---|---|
| STEPHANIE DORA LANCASTER Debtor, | |

### ORDER CONFIRMING PLAN

The Chapter 13 Plan filed on June 26, 2013 of the above named Debtor has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the Debtor's address;

2. The Debtor shall immediately notify the Trustee, in writing, of any termination, reduction of, or other change in the employment of the Debtor; and

3. The Debtor shall appear in court whenever notified to do so by the Court.

**IT IS FURTHER ORDERED** that the debtor's attorney will seek approval of his fees by filing and serving an application in compliance with U.S.C. sections 329 and 330, and Fed. R. Bankr. P. 2002, 2016 and 2017.

RECEIVED
September 20, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004964802

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows: NONE

Date: 8/23/13

_____
Approved by PHILLIP W GILLET JR

Date:

_____
Approved by the Chapter 13 Trustee as to form

Dated: Sep 23, 2013

_____
Fredrick E. Clement
United States Bankruptcy Judge