6

# PHILLIP GILLET, JR.
## ATTORNEY AT LAW

1705 27ᵀᴴ STREET
BAKERSFIELD, CALIFORNIA 93301-2807
(661) 323-3200 ● FACSIMILE (661) 323-3078
lawyer@bak.rr.com
Phillip W. Gillet, Jr., State Bar No. 214914
Attorney for debtor[1]

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA FRESNO

| In re:<br><br>STEPHANIE DORA LANCASTER<br><br><br><br>Debtor(s). | Case No.: 13-14438-A-13<br><br>DC No: PWG-1<br><br>Chapter 13<br><br>☒ APPLICATION FOR PAYMENT OF FEES AND/OR EXPENSES PURSUANT TO 11 U.S.C. §331 OR §330 ☒ INTERIM ☐ FINAL<br><br>DATE: 01/22/2014<br>TIME: 9:00 a.m.<br>PLACE: U.S. Courthouse<br>510 19ᵗʰ Street<br>Bakersfield, California<br>JUDGE: Hon. Fredrick Clement |
|---|---|

| 1. SUMMARY TABLE ||
|---|---|
| *In the fields below, indicate the total compensation and/or expenses requested in this application. Do not include amounts of compensation or expenses previously approved by the court. Prior approvals, including amounts, are set forth below in section 4.* ||
| a. Name of Applicant | Phillip W. Gillet, Jr. |
| b. Amount of Compensation Requested | $3,860.00 ($5,360.00 - $1,500.00 prepetition retainer) |
| c. Amount of Expenses Requested | $31.00 |
| d. Total Compensation and Expenses Requested this Application | $3,891.00 |
| e. Time Period of Current Application | 01/31/2013 to 09/04/2013 |
| f. Fees and Expenses to be paid by Trustee or Debtor Directly | ☒ Trustee  ☐ Debtor(s) |

---

[1] The term "debtor" includes both singular and plural. *See* 11 U.S.C. § 102(7).

1

Fee Application EDC Fresno (Version 2.0  8-9-2013)

| | |
|---|---|
| (*Fee paid part by trustee and debtor explain in paragraph 9 (3).*) | ☐ Part Trustee   ☐ Part Debtor |
| g. Number Prior Fee Applications<br>   1. Approved | 0 |

| 2. ATTORNEY OPTION REGARDING COMPENSATION | |
|---|---|
| Pursuant to LBR 2016-1, counsel for the debtor(s) has previously opted to be paid in this Chapter 13 case as follows. | |
| a. Elected to be paid in accordance with *LBR 2016-1(c)*. | ☐ Yes (If yes, complete 1,2,3,4,5 and the declaration (#9) explaining the substantial and unanticipated post-confirmation work necessary) |
| 1. Business Case | ☐ Yes   ☐ No |
| 2. Fees Charged | |
| 3. Rights and Responsibilities Executed and Filed | ☐ Yes   ☐ No |
| 4. Pre-filing Attorney Fees Received | |
| 5. Fees in Plan | |
| 6. Fees Paid to Date by Trustee | |
| 7. Monthly Chapter 13 Administrative Payment | |
| b. Elected to have compensation determined in accordance with 11 U.S.C. §§329 and 330, Fed, R, Bankr. P. 2002, 2006, and 2017. | ☒ Yes |
| 1. Pre-filing Attorney Fees Paid | $ 1,500.00 |
| 2. Amount of Retainer Held in Trust | $ 0.00 |
| 3. Total Amount Reserved for Attorney Fees in Plan<br>   *(See Plan Para. 2.06 or 5.01)* | $ 12,000.00 |
| 4. Monthly Amount Provided in Plan for Administrative Fees | $ 860.00 |

| 3. CASE INFORMATION | | | |
|---|---|---|---|
| a. Chapter13 Plan Confirmed | ☒ Yes   ☐ No | Date Confirmed | 09/23/2013 |
| b. Motion to Dismiss Pending | ☐ Yes   No ☒ | Date: | |
| c. All Motions to Value Collateral/Avoid Liens Filed and Heard | | ☒ Yes   No ☐ | |
| d. Motion to Modify Pending | | ☐ Yes   No ☒ | |

| | | |
|---|---|---|
| e. Notice of Filed Claims Filed | ☐ Yes | No ☒ |
| f. All Objections to Claims Filed and Heard | ☐ Yes | No ☒ |

| 4. SUMMARY OF PREVIOUS FEES ALLOWED | | |
|---|---|---|
| Date of Hearing | Fees Allowed | Costs Allowed |
| None | | |
| | | |
| Total | | |

| 5. CATEGORY FEE SUMMARY (Only shows hours in category for current fee application, not prior time spent in categories) | | |
|---|---|---|
| Project | Hours | Total Fees Charged |
| a. Pre-petition Consultation and Fact Gathering | 7.6 | $ 1,142.50 |
| b. Preparation of Voluntary Petition, Schedules and Form 22C | 16.3 | $ 2,327.50 |
| c. Independent Verification of Information | 0.1 | $     12.50 |
| d. Amendments to Petitions and/or Schedules | 1.8 | $   330.00 |
| e. Original Plan, Hearings, Objections | 0.1 | $     30.00 |
| f. 341 Preparation and Attendance | 1.0 | $   300.00 |
| g. 1st Amended or Modified Plan, Motions, Objections | | |
| h. 2nd Amended or Modified Plan, Motions, Objections | | |
| i. 3rd Amended or Modified Plan, Motions, Objections | | |
| j. Claim Administration and Claim Objections | | |
| k. Motions to Dismiss | | |
| l. Relief From Stay Proceedings | | |
| m. Motions: *Example, Motion to Value Property, Motion to Avoid Liens, Motion to Incur Debt, Motion to Sell Property,* other Motions. | | |
| n. Fee Applications | | |
| o. Discharge and Case Closing | | |
| p. Case Administration | 4.6 | $   512.50 |
| q. Other: Trustee's 521 packet | 4.8 | $   705.00 |
| r. Other | | |
| Total Fees Charged | | $ 5,360.00 |

| 6. EXPENSE SUMMARY | |
|---|---|
| Type Of Expense | Amount |
| a. Postage | |
| b. Computer Legal Research | $ 12.00 |
| c. Reproduction | $ 19.00 |

| | |
|---|---|
| d. Filing Fees | |
| e. Other | |
| Total Expenses | $ 31.00 |

| 7. SUMMARY BY PROFESSIONAL | | | |
|---|---|---|---|
| Professional | Hourly Rate | Total Hours | Total Fees This Person |
| a. Phillip W. Gillet, Jr. | $275.00 - $300.00 | 5.7 | $ 1,710.00 |
| b. Christina Guerrero | $125.00 | 12.5 | $ 1,562.50 |
| c. Elida (Villegas) Huerta | $125.00 | 16.7 | $ 2,087.50 |

| 8. SUMMARY OF EXHIBITS | | | | |
|---|---|---|---|---|
| Exhibit A | Declaration of Phillip W. Gillet, Jr. In Support of Fee Application | | | |
| Exhibit B | Chronological Time Records | | | |
| Exhibit C | Time Records by Project | | | |
| Exhibit D | Time Records by User | | | |
| Exhibit E | Fee Agreement **NONE** | *If the fee agreement is not attached, indicate below the reason therefore.* | | |
| | Facts: **A written fee contract is a confidential communication within the meaning of Business & Professions Code section 6068(e). Cal. Bus. & Prof. Code § 6149.** | | | |
| Exhibit F | Debtor(s) Consent ☒ Attached as an exhibit | ☐ Will be filed separately | ☐ Debtor(s) do not consent | ☐ Debtors consent indicated by their signature(s) below |

### 9. DECLARATIONS

**(1) Penalty of Perjury:**
Applicant declares under penalty of perjury under the laws of the United States of America that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect the services rendered and expenses incurred.

**(2) Attorney Option**:
Applicant originally opted to receive fees pursuant to Local Bankruptcy Rule 2016-1 (c). (See 2. Above)

☐ Yes    ☒ No

If yes, the reason additional fees are requested is that the additional work required was substantial and unanticipated as set forth below:

a. Facts:

**(3) Chapter 13 Plan Feasibility:**
I have reviewed the Chapter 13 Trustee's data and the Chapter13 Plan. If the fees and expenses sought to be approved are to be paid through the Chapter 13 Plan, the plan is feasible and will complete timely. If the fees and expenses are to be paid by the debtor(s) directly, the following explains the source of the funds.

   a. Facts:

**(4) Unauthorized Payments:**
I have not accepted or demanded from the debtor or any other person any payment for services or costs reimbursement without first obtaining a court order authorizing the fees and/or costs and specifically permitting direct payment of those fees and/or costs by the debtor.

**(5) Non-alteration of Form:**
Other than to insert text into designated spaces and/or expand tables to provide facts, the preprinted text of this form has not been altered. In the event there is an alteration, it will be given no effect. The signature of the applicant below is a certification that the standard Fee Application has not been altered.

**(6) Sharing of Compensation:**

☒ I have not agreed to share the above-disclosed compensation with another person or persons unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement together with a list of the names of the people sharing in the compensation is attached.

**(7) Debtor(s) Consent:**
I/we are the debtor(s) in the above-entitled bankruptcy proceeding. I/we have reviewed the Fee Application set forth above and have no objection thereto.

/s/ Stephanie Dora Lancaster
Debtor

11-20-13
Date

ORIGINAL

**WHEREFORE**, the Applicant requests:

☒ That the Application for Fees and Costs be approved.

☒ Such other and further relief as the Court deems proper.

5

Fee Application EDC Fresno (Version 2.0 8-9-2013)

**Additional prayer by Applicant:**

The applicant requests the court order that upon conversion or dismissal of this case that the balance of any approved but unpaid attorney's fees and/or expenses shall be paid prior to a refund to the debtor. The debtor has consented to this treatment in the declaration and section VIII of the Memorandum of Points and Authorities in Support of this Application cites the authority supporting this request.

Date: November 17, 2013					Respectfully Submitted,

						_____
						Attorney for debtor