**PHILLIP GILLET, JR.**
ATTORNEY AT LAW

1705 27ᵀᴴ STREET
BAKERSFIELD, CALIFORNIA 93301-2807
(661) 323-3200 ● FACSIMILE (661) 323-3078
lawyer@bak.rr.com
Phillip W. Gillet, Jr., State Bar No. 214914
Attorney for debtor[1]

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA FRESNO

| In re: | Case No.: 13-14438-A-13 |
|---|---|
| | DC No: PWG-1 |
| STEPHANIE DORA LANCASTER | Chapter 13 |
| | NOTICE OF APPLICATION FOR ALLOWANCE OF PAYMENT OF FEES AND/OR EXPENSES PURSUANT TO 11 U.S.C. §331 OR §330 |
| | ☒ INTERIM APPLICATION |
| | ☐ FINAL APPLICATION |
| Debtor(s). | DATE: 01/22/2014<br>TIME: 9:00 a.m.<br>PLACE: U.S. Courthouse<br>510 19ᵗʰ Street<br>Bakersfield, California<br>JUDGE: Hon. Fredrick E. Clement |

TO ALL INTERESTED PARTIES: NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving the attached fee and/or expense application(s):

1. Application Information: ☐ See attached page for information on additional applicants.

| | | |
|---|---|---|
| a. | Name of Applicant (specify): | Phillip W. Gillet, Jr. |
| b. | Amount of fees requested: | $3,860.00 ($5,360.00 -$1,500.00 prepetition retainer) |
| c. | Amount of costs requested: | $31.00 |
| d. | Address of Applicant (specify): | 1705 27ᵗʰ Street |

---

[1] The term "debtor" includes both singular and plural. *See* 11 U.S.C. § 102(7).

| | |
|---|---|
| | Bakersfield, CA 93301-2807 |
| (*If more than one application is included in this notice, attach a separate sheet stating the above information for each Applicant*) | |

This Application is served pursuant to Local Bankruptcy Rule 9014-1(f)(1) and the Federal Rules of Bankruptcy Procedure.

**YOUR RIGHTS MAY BE AFFECTED** You should read the papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

Opposition, if any, to the granting of the Application shall be in writing and shall be served and filed with the Court at least fourteen (14) calendar days preceding the date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the Application at oral argument if written opposition to the Application has not been timely filed. If you fail to file a written objection to the Application within such time period, the Court may treat such failure as a waiver of your right to object to the Application and may approve the Application. If you wish to review the full Application, you may review the Application on file with the Court or obtain a copy from Applicant.

Dated: November 17, 2013        Respectfully submitted,

_____
Phillip W. Gillet, Jr.
Attorney for debtor