**33**

1  PHILLIP GILLET, JR.
   A T T O R N E Y  A T  L A W
2  1705 27TH STREET
   BAKERSFIELD, CALIFORNIA 93301-2807
3  (661) 323-3200  ●  Facsimile (661) 323-3078
   Phillip W. Gillet, Jr., State Bar No. 214914
4  lawyer@bak.rr.com
5  Attorney for debtor[1]

6        **UNITED STATES BANKRUPTCY COURT**

7     **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

8  In re:

9  STEPHANIE DORA LANCASTER          Case No.: 13-14438-A-13
                                     DC No. PWG-1
10                                   Chapter 13

11       Debtor.
                                     **DATE:    January 22, 2014**
12 Address:  13503 Coco Palm Court    **TIME:    9:00 a.m.**
             BAKERSFIELD, CA 93314    **PLACE:  U.S. Courthouse**
13                                    **          510 19th Street**
14 Social Security No(s). or ITIN:    **          Bakersfield, California**
              xxx-xx-2979             **JUDGE:  Hon. Fredrick E. Clement**
15

16 Employer Tax ID No(s). (if any):

17       **DEBTOR'S EXHIBITS IN SUPPORT OF FEE APPLICATION**

18 Exhibit A (7 pages): DECLARATION OF PHILLIP W. GILLET, JR. IN SUPPORT OF FEE

19 APPLICATION…………………………………………………………..……… 2

20 Exhibit B (6 pages): CHRONOLOGICAL TIME RECORDS ……………………………….9

21 Exhibit C (10 pages): TIME RECORDS SORTED BY PROJECT CATEGORIES………………15

22 Exhibit D (7 pages): TIME RECORDS SORTED BY USER……………………………………...25

23 Exhibit E (0 pages): NONE………………………………………………………………………...

24 Exhibit F (2 pages): DECLARATION OF DEBTOR IN SUPPORT OF FEE APPLICATION…. 32

25

26

27

28

[1] The term "debtor" includes both singular and plural.  *See* 11 U.S.C. § 102(7).

PHILLIP GILLET, JR.
A T T O R N E Y   A T   L A W
1705 27TH STREET
BAKERSFIELD, CALIFORNIA 93301-2807
(661) 323-3200 ● FACSIMILE (661) 323-3078
lawyer@bak.rr.com
Phillip W. Gillet, Jr., State Bar No. 214914
Attorney for debtor[1]

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:

STEPHANIE DORA LANCASTER

Address: 13503 COCO PALM COURT
              BAKERSFIELD, CA 93314

Social Security No(s). or ITIN:
              xxx-xx-2979

Employer Tax ID No(s). (if any):

              Debtor.

Case No.: 13-14438-A-13
DC No. PWG-1
Chapter 13

DATE:    **January 22, 2014**
TIME:    **9:00 a.m.**
PLACE: **510 19th Street, Suite A**
              **Bakersfield, California**
JUDGE: **Hon. Fredrick E. Clement**

## DECLARATION OF PHILLIP W. GILLET, JR. IN SUPPORT OF FEE APPLICATION

1.      I could, and would, competently testify to each of the following facts if called upon to do so.  The information is based upon my personal knowledge, unless stated that it is based upon my information and belief.

2.      I am the debtor's attorney in the above-entitled case.

3.      I prepared this application and I am familiar with the information contained within it.

4.      **Education.**  I earned a bachelor of arts in economics and a bachelor of science in business administration, accounting from California State University, Bakersfield in August of 1998.

---

[1] The term "debtor" includes both singular and plural.  *See* 11 U.S.C. § 102(7).

I earned a juris doctor from California Western School of Law in September of 2000.  I earned a master of science in accountancy, taxation from San Diego State University in December of 2000. I am currently enrolled in a master of laws (LL.M.) program with a concentration in bankruptcy and restructuring at Thomas Jefferson School of Law and I anticipate completing my program in March 2014.

5.   **Post-graduate experience.**  I taught accounting at San Diego State University as a full-time graduate teaching associate from January 2000 to December 2000.  I taught accounting and business law full time at San Diego City College as an adjunct professor from January 2001 to December 2001.  In addition, I was an associate with The Law Office of James E. Schneider, LL.M., Inc. in 2001.  I have taught accounting and law as an adjunct professor at California State University, Bakersfield and at the University of Phoenix's Bakersfield campus.  I have operated my own solo practice after being admitted to the California bar.

6.   **Court admissions and licenses.**  I have been admitted to practice before all state courts in California since November 19, 2001.  I am admitted to practice in the district and bankruptcy courts of the eastern, central and southern districts of California.  I am admitted to practice before the United States Tax Court.  I was admitted to practice before the Internal Revenue Service as an enrolled agent in 2003.  I have been a California licensed real estate broker since December 2, 2004.

7.   **Legal experience.**  I have made the practice of law my full-time profession since November 19, 2001.  According to a PACER search, I have been the attorney of record in more than 1,500 bankruptcy cases in the Eastern District of California as of January 1, 2013.

8.   **Certification.**  I am board certified in consumer bankruptcy law by the American Board of Certification.  I am certified by the State Bar of California's Board of Legal Specialization as a bankruptcy specialist.

9.   **Peer review.**  My Martindale Hubbell rating is 4.3 out of 5.  I have been included in the 2012 and 2013 *Southern California Super Lawyers Rising Star* list.  No more than 2.5% of lawyers in the state are selected by *Super Lawyers* to receive this honor.

PHILLIP GILLET, JR.

ATTORNEY AT LAW

1705 27TH STREET • BAKERSFIELD, CA 93301-2807 • (661) 323-2807 • FACSIMILE (661) 323-3078 • www.bakersfieldlaw.org

10. **Publications.** I published three scholarly articles in legal publications: (1) *The Tax Practitioner-Client Privilege (IRC § 7525): A Shield to Cloak Confidential Communications or A Dagger for Both the Practitioner and Client*, 70 UMKC LAW REV. 129 (2001); (2) *Reprinting Vintage Trading Cards: It's Better Than Counterfeiting Currency (And It's Legal)*, 19 ENT. & SPORTS LAW., Spring 2001, at 10; and (3) *Privacy Issues May Add to the Debate Over State Taxation of e-commerce*, 11 J. OF MULTISTATE TAX'N, Sept. 2001, at 12.

11. **Retention.** I was retained by the debtor in this case. The debtor and I signed a written fee agreement containing the terms of our agreement. A copy has not been attached because this is a privileged document based upon authorities cited in the points and authorities in support of this application.

12. **Time keeping.** I maintain records of time spent and costs incurred for each client in a web-based "cloud" billing software. It is my regular practice to record my time spent on a client file contemporaneously into the software. My assistants record their time contemporaneously onto a hard-copy daily time sheet. After I review my assistants' daily time sheets, one of my assistants enters the time into the web-based billing software.

13. **Excluding excessive, redundant or unnecessary hours.** When beginning to prepare this fee application, I generated a pre-bill and review it for accuracy and fairness to my client. In reviewing those billing entries, I exercised billing judgment and removed or no charged all those entries, which I believe were excessive, redundant or unnecessary. After I approved, I generated a final bill. The document attached to the exhibits in support of this application is a final bill. As a sole practitioner and proprietor, I am the custodian of records. I am also responsible for all matters pertaining to my practice.

14. **Reasonable, necessary, beneficial services.** The services rendered in representing the debtor were reasonable and necessary and in the debtor's best interest. I performed services that a similarly situated debtor might require. The services provided were beneficial to the bankruptcy estate.

15. **Hourly rates.** I routinely review fee applications filed by other attorneys and law firms in eastern district of California bankruptcy cases. As such, I am familiar with the hourly rates

PHILLIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET • BAKERSFIELD, CA 93301-2807 • (661) 323-2807 • FACSIMILE (661) 323-3078 • www.bakersfieldlaw.org

charged by attorneys and other professionals practicing in the eastern district of California.  I charge my hourly bankruptcy clients the same hourly rate as my non-bankruptcy clients.  My hourly rates are similar to the hourly rates charged by other attorneys and firms in the eastern district of California.  On or about April 2013, I conducted an hourly rate fee survey for practitioners with offices within the eastern district of California.  A summary of the results is attached as Exhibit A to this declaration.  The original survey and supporting documents were filed in Eastern District of California bankruptcy case no. 11-62772-B-13 (*In re Nemeth, John Andrew & Beth Marie*) ECF docket nos. 286 and 289.

16.    **Sharing of compensation.**  I have not agreed to share the fees requested in this application with anyone.

17.    **Significant achievements during the period of this fee application.**

    a.  Advised debtor about bankruptcy and non-bankruptcy alternatives to financial problems;

    b.  Gathered information and document necessary to prepare bankruptcy petition;

    c.  Prepared bankruptcy petition, schedules, statements and chapter 13 plan;

    d.  Prepared trustee's 521 packet and provided trustee with all required documents and information;

    e.  Completed 341(a) meeting of creditors; and

    f.  Plan got confirmed including any included motions to value collateral and motions to avoid liens.

18.    **Sources of payment [opt out cases].**  At the time of filing, the debtor had paid me a retainer of $1,500.00.  The fees to be approved under this application will be paid by the chapter 13 trustee as part of the debtor's chapter 13 plan.

19.    **Balancing economy with quality work.**  I try my best to supervise my cases and run them in compliance with all applicable laws including the Rules of Professional Conduct, the Bankruptcy Code and any other applicable authority.  I try to implement best practices.  It is my opinion that cases with significant attorney involvement have a significantly better chance of success over those cases with less attorney supervision.  In addition, clients are entitled to know what is

PHILLIP GILLET, JR.

ATTORNEY AT LAW

1705 27TH STREET • BAKERSFIELD, CA 93301-2807 • (661) 323-3200 • FACSIMILE (661) 323-3078 • www.bakersfieldlaw.org

going on in their case and understand it.  This requires written and oral communication.  Some clients require more communication than others.  My goal is to manage my cases proactively—as opposed to reactionary.  My goal is to provide the trustee with all required documents at the outset of the case and file complete accurate schedules and chapter 13 plan.  This up-front work allows the trustee to serve the plan initially and saves my client the attorney's fees and costs of serving and filing a motion to confirm.  These actions also get the case off on the right foot and assist the clerk, the trustee and the court in performing their required duties.  With my eye on quality, I also strive to provide my clients with good value and keep their fees and costs minimized when reasonable and possible. Therefore, my non-attorney assistants perform those functions that they can legally and competently perform.  I review and approve all work done by assistants prior to it being mailed, sent, filed and/or served.

20.  **Fees and services sought by this motion.**  This fee application covers services and costs of $3,891.00($5,391.00 minus prepetition retainer of $1,500.00) incurred between 01/31/2013 and 09/04/2013.  I am seeking court authorization for the trustee to pay the attorney's fees and costs incurred in connection with the debtor's bankruptcy through the chapter 13 plan.  A true and correct itemized invoice of my professional fees and costs incurred in chronological order is filed as an exhibit in support of this motion.  All costs are billed at actual cost without markup.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 18, 2013.

By: _____

Phillip W. Gillet, Jr.

PHILLIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET • BAKERSFIELD, CA 93301-2807 • (661) 323-3807 • FACSIMILE (661) 323-3078 • www.bakersfieldlaw.org

# EXHIBIT A

**Noncertified bankruptcy practitioners**

| Attorney | Date admitted | Hourly rate | Non-attorney staff hourly rate | Location of source document[2] |
|---|---|---|---|---|
| Michael L. Wilhelm | 12/1/1981 | $385.00 | $80-145 | Exhibit A at p.4. |
| Thomas O. Gillis | 6/6/1967[3] | $375.00 | $175.00 | Exhibit B at p. 10. |
| Thomas H. Armstrong | 5/4/1990 | $350.00 | $ 85.00 | Exhibit C at p. 13. |
| T. Scott Belden | 12/2/1996 | $330.00 | $95-150 | Exhibit D at p. 75. |
| Craig B. Fry | 2/4/2000 | $300.00 | $105-125.00 | Exhibit E at p .21. |
| Peter Fear | 6/5/2000 | $295.00 | $90-100.00 | Exhibit F at p. 25. |
| Lisa Holder | 12/5/2001 | $285.00 | $95-150.00 | Exhibit G at p. 32. |
| Paul J. Bauer | 11/22/1999 | $285.00 | $80-145.00 | Exhibit A at p.4. |
| Jacob L. Eaton | 11/30/2006 | $265.00 | $95-175.00 | Exhibit H at p.37. |
| Christian Jinkerson | 10/20/2004 | $265.00 | $95-175.00 | Exhibit H at p.37. |
| Michael G. Gomez | 12/3/2007 | $250.00 | $105-125.00 | Exhibit E at p .21. |
| Deborah K. Boyett | 12/3/2001 | $250.00 | $80-145.00 | Exhibit A at p.4. |
| Benjamin C. Shein | 12/3/2007 | $225.00 | $125.00 | Exhibit I at p. 45. |
| Katy L. McCully | 12/3/2007 | $225.00 | $125.00 | Exhibit I at p. 45. |
| Gabriel J. Wadell | 6/6/2008 | $195.00 | $90-100 | Exhibit F at p. 25. |
| Jake Soberal | 11/21/2011 | $180.00 | $80-145 | Exhibit A at p.4. |

**All certified bankruptcy specialists with offices within the Fresno Division**

\* Certified by State Bar of California Board of Legal Specialization
# Board certified by American Board of Certification

| Attorney | Date admitted | Hourly rate | Non-attorney staff hourly rate | Location of source document |
|---|---|---|---|---|
| Riley C. Walter # | 5/30/1980 | $435.00 | $80-145.00 | Exhibit A at p.4. |
| Rene Lastreto II # | 12/1/1981 | $350.00 | $105-125.00 | Exhibit E at p .21. |
| Hagob Badeoyan * | 12/11/1987 | $350.00 | $85-175.00 | Exhibit H at p.37. |
| D. Max Gardner * | 12/15/1987 | $310.00 | $85.00-$125 | Exhibit J at p. 55. |
| Leonard K. Welsh # | 5/29/1981 | $300.00 | $125.00 | Exhibit K at p.59. |
| Phillip W. Gillet, Jr. * # | 11/19/2001 | $300.00 | $75[4]-125.00 | None. |
| Patrick Kavanagh III * | 12/1/1981 | $275.00 | $110.00 | Exhibit L at p. 63. |
| Jeffrey J. Lodge * | 6/6/1991 | N/A[5] | N/A | Exhibit M at p. 67. |
| Robert S. Williams * | 12/22/1976 | N/A[6] | N/A | None. |

---

[2] All pages references are to the page number of the Debtor's Supplemental Exhibits In Support of The Hourly Rate of Counsel and His Staff filed in ECF docket no. 289 in *In re John Andrew & Beth Marie Nemeth* (E.D. Cal. Bankr. case no. 11-62772-A-13).
[3] First appearance in an Eastern District of California bankruptcy case 8/21/08 according to PACER search.
[4] Because of the acrimonious nature and complexity of this dispute, the non-attorney staff member with the least experience and lowest billing rate did not work on this matter.
[5] Currently employed with the United States Attorney.

[6] Mr. Williams does not bill on an hourly basis.

PHILLIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET • BAKERSFIELD, CA 93301-2807 • (661) 323-3200 • FACSIMILE (661) 323-3078 • www.bakersfieldlaw.org

DECLARATION OF PHILLIP W. GILLET, JR.

**Non-bankruptcy practitioners from the Fresno/Bakersfield area.**

| Attorney | Date admitted | Hourly rate | Area of practice | Location of source document |
|---|---|---|---|---|
| Robert L. Patch | 1/5/1972 | $400.00 | Civil litigation | Exhibit E at p .21. |
| Victoria J. Salisch | 1/5/1972 | $375.00 | Civil litigation | Exhibit E at p .21. |
| Curtis E. Floyd | 12/30/1988 | $350.00 | Civil litigation | Email 3/29/2013 |
| Charles T. Taylor | 12/11/1986 | $325.00 | Civil litigation | Exhibit E at p .21. |
| Mark L. Creede | 6/23/1987 | $350.00 | Construction lit. | Exhibit E at p .21. |
| William T. McLauglin[7] | 12/3/1984 | $350.00 | Civil litigation | Exhibit E at p .21. |
| Matthew W. Quall | 11/23/1996 | $325.00 | Civil litigation | Exhibit E at p .21. |
| Scott J. Ivy | 11/29/1998 | $325.00 | Civil litigation | Exhibit E at p .21. |
| Tamara L. Lyles | 12/7/1998 | $325.00 | Civil litigation | Exhibit E at p .21. |
| Wm. Lanier Thomas | 11/29/1979 | $300.00 | Civil litigation | Exhibit E at p .21. |
| Adam L. Brand | 9/9/2010 | $250.00 | Not in private practice[8] | |
| Philip A. Martinez | 6/5/1997 | $250.00 | General civil & estate | Exhibit E at p .21. |
| Ana De Alba | 12/5/2007 | $250.00 | Employment law | Exhibit E at p .21. |
| Jay M. Kelly | 12/1/2010 | $200.00 | Civil litigation[9] | Exhibit E at p .21. |
| Ashley M. Emerzian | 12/1/2011 | $175.00 | Civil litigation | Exhibit E at p .21. |
| Manuel Ignacio | 12/1/2011 | $175.00 | Collections | Exhibit E at p .21. |
| Andrew J. Hoag | 6/6/2012 | $175.00 | Civil Litigation | Exhibit E at p .21. |
| Christopher A. Miguel | 6/6/2012 | $175.00 | Civil litigation | Exhibit E at p .21. |
| **Paralegals at Lang, Richard & Patch** | | **$105-125.00** | | Exhibit E at p. 21. |

**State Bar Certified Specialists from Kern County**

| Attorney | Date admitted | Hourly rate | Area of specialization | Location of source document |
|---|---|---|---|---|
| Edward J. Thomas | 1/7/1971 | $425.00 | Family law | Email 3/28/2013 |
| Win C. Eaton | 6/1/2007 | $375.00[10] | Immigration law | Email 3/27/2013 |
| Nancy L. Oehler | 12/14/1995 | $350.00 | Estate planning | Email 4/1/2013 |
| George R. Horrigan | 6/14/1988 | $350.00 | Family law | Email 3/29/2013 |
| Heather J.C. Stanley | 12/6/1996 | $310.00 | Family law | Email 3/27/2013 |
| Catherine E. Bennett | 12/14/1995 | $300.00 | Appellate law | Email 3/27/2013 |
| Carl W. Hart, Jr. | 2/1/1994 | $300.00 | Family law | Email 3/28/2013 |
| Dawn O. Bittleston | 12/7/1998 | $300.00 | Family law | Email 3/27/2013 |
| George O. Manolakas | 12/22/1976 | $225.00 | Estate planning | Email 3/28/2013 |
| H.A. Sala | 10/22/1982 | N/A[11] | Criminal law | Email 4/1/2013 |

---

[7] Board Certified in Civil Pretrial and Trial according to State Bar of California profile.
[8] Currently employed with Sonoma County Counsel's Office according to State Bar of California profile.
[9] According to his profile at http://www.bolenfransen.com.
[10] Mr. Eaton wrote that most of his engagements are flat fee, but occasionally he bills hourly and when it does it is at $375.00 per hour.
[11] He does not bill on an hourly basis. Cases are flat fee.

DECLARATION OF PHILLIP W. GILLET, JR.

# Phillip Gillet, Jr.

Attorney at Law

1705 27th Street

Bakersfield, CA 93301-2807

Phone: (661) 323-3200   |   Fax: 661-323-3078

lawyer@bak.rr.com

Account Statement

Prepared for Stephanie Lancaster

Re: In re Stephanie Lancaster

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $5,391.00 |
| New Balance | $5,391.00 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | $0.00 |
| Now Due | $5,391.00 |
| Trust Account | $0.00 |

# Phillip Gillet, Jr.

Attorney at Law

1705 27th Street

Bakersfield, CA 93301-2807

Phone: (661) 323-3200   |   Fax: (661) 323-3200

## INVOICE

Stephanie Lancaster
13503 Coco Palm Ct.
Bakersfield, CA 93314

Invoice Date: September 24, 2013
Invoice Number: 10111
Invoice Amount: $5,391.00

## Matter: In re Stephanie Lancaster

**Attorney's Fees**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 1/31/2013 | Initial consultation with client. | P.W.G. | .50 | $150.00 |
| 1/31/2013 | Meet with client for bankruptcy work-up.  Gather information on assets, income, expenses. | C.G. | .60 | $75.00 |
| 4/3/2013 | Reviewed file to analyze documents provided. | C.G. | .50 | $62.50 |
| 4/3/2013 | Reviewed email sent w/ tax returns. | C.G. | .20 | $25.00 |
| 5/28/2013 | Reviewed tax returns for 2012 w/ client. | C.G. | .20 | $25.00 |
| 6/4/2013 | Reviewed file and analyzed documents. | C.G. | .50 | $62.50 |
| 6/4/2013 | Read email from client, review wage garnishment order, draft response to client's questions, re: wage garnishment or documents. | P.W.G. | .10 | $30.00 |
| 6/4/2013 | Review paystubs sent by email from client. | P.W.G. | .20 | $60.00 |
| 6/4/2013 | Reviewed email sent by client, re: pay stubs. | C.G. | .10 | $12.50 |
| 6/4/2013 | Prepared list of documents required. | C.G. | .30 | $37.50 |
| 6/4/2013 | Drafted email to client, re: Required documents and expense sheet. | C.G. | .10 | $12.50 |
| 6/5/2013 | T/C to client, re: Confirmation of Docs required list. | C.G. | .10 | $12.50 |
| 6/5/2013 | T/C from client, re: Confirmation of email list. | C.G. | .10 | $12.50 |
| 6/6/2013 | Reviewed file and analyzed documents. | C.G. | .20 | $25.00 |
| 6/6/2013 | Drafted email to client, re: required documents. | C.G. | .10 | $12.50 |
| 6/6/2013 | Reviewed email sent from client. | C.G. | .10 | $12.50 |
| 6/7/2013 | Reviewed file and analyzed documents. | C.G. | .50 | $62.50 |
| 6/7/2013 | Drafted email to client, re: statements received. | C.G. | .10 | $12.50 |
| 6/7/2013 | Drafted email to client, re: credit counseling. | C.G. | .10 | $12.50 |
| 6/7/2013 | Drafted email to client, re: confirming information provided. | C.G. | .10 | $12.50 |
| 6/7/2013 | Read and respond to email from client re: documents required. | C.G. | .10 | $12.50 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 6/7/2013 | Read and respond to email from client, re: next step in process. | P.W.G. | .10 | $30.00 |
| 6/7/2013 | Read and respond to email from client, re: credit counseling course. | P.W.G. | .10 | $30.00 |
| 6/7/2013 | Read and respond to email from client, re: Am/Ex judicial lien. | P.W.G. | .10 | $30.00 |
| 6/7/2013 | Reviewed email sent by client, re: taxes and mortgage. | C.G. | .10 | $12.50 |
| 6/7/2013 | Drafted email to client, re: mortgage statement needed. | C.G. | .10 | $12.50 |
| 6/7/2013 | Reviewed email sent from client, re: what to do next w/ credit counseling. | C.G. | .10 | $12.50 |
| 6/7/2013 | Reviewed email sent from client re: Attachment of 3 months Bank Statements. | C.G. | .10 | $12.50 |
| 6/7/2013 | Drafted email to client, re: Attachments received. | C.G. | .10 | $12.50 |
| 6/7/2013 | Reviewed email sent, re: Mortgage Statement Payment History. | C.G. | .10 | $12.50 |
| 6/7/2013 | Drafted email to client, re: mortgage statement. | C.G. | .10 | $12.50 |
| 6/10/2013 | Reviewed email sent from client. Re: Mortgage statement. | C.G. | .10 | $12.50 |
| 6/10/2013 | Reviewed email from client re: Cert of Counseling. | C.G. | .10 | $12.50 |
| 6/12/2013 | Reviewed file and analyzed to determine documents missing. | C.G. | .10 | $12.50 |
| 6/12/2013 | Reviewed previous petition, documents and current information. | E.H. | 4.50 | $562.50 |
| 6/12/2013 | Reviewed file and prepared updated list of documents required. | C.G. | .20 | $25.00 |
| 6/12/2013 | Reviewed email sent from client. | C.G. | .10 | $12.50 |
| 6/12/2013 | Drafted email to client. Re: Document needed to prepare petition. | C.G. | .10 | $12.50 |
| 6/12/2013 | Reviewed email sent from client, re: CC and SS. | C.G. | .20 | $25.00 |
| 6/12/2013 | Drafted email to client, re: Response to documents needed. | C.G. | .10 | $12.50 |
| 6/12/2013 | Reviewed email sent from client, re: Tax Returns. | C.G. | .10 | $12.50 |
| 6/12/2013 | Drafted email to client, re: State Taxes needed and garnishment info needed. | C.G. | .10 | $12.50 |
| 6/13/2013 | Read email and reviewed 2009-2012 State Taxes. | C.G. | .40 | $50.00 |
| 6/13/2013 | Drafted email to client, re: assets. | C.G. | .10 | $12.50 |
| 6/13/2013 | Reviewed email, re: Assets. | C.G. | .10 | $12.50 |
| 6/14/2013 | Reviewed SOFA and documents using checklist including taxes and business income. | E.H. | 2.50 | $312.50 |
| 6/17/2013 | Reviewed pay stubs, pay analysis and recalculated paystubs because of missing pay stubs. | E.H. | 2.10 | $262.50 |
| 6/17/2013 | Read and respond to email from client, re: estimated filing date. | C.G. | .20 | $25.00 |
| 6/17/2013 | Read and respond by email, re: assuring her no negative consequence from not filing immediately. | C.G. | .20 | $25.00 |
| 6/17/2013 | Reviewed email sent by client, re: program on taxes not a business. | C.G. | .10 | $12.50 |
| 6/17/2013 | Drafted email to client, re: business on taxes 2012. | C.G. | .20 | $25.00 |
| 6/17/2013 | Reviewed email from client, re: no business. | C.G. | .10 | $12.50 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 6/18/2013 | Prepare Schedules and SOFA. | E.H. | 1.50 | $187.50 |
| 6/19/2013 | Review documents and reconcile differences for due diligence. | E.H. | .30 | $37.50 |
| 6/19/2013 | Read and respond to email from client, re: when will petition be ready. | C.G. | .10 | $12.50 |
| 6/19/2013 | Draft email to Placer Title, re: deeds for trustee's packet. | C.G. | .10 | $12.50 |
| 6/19/2013 | Drafted email to client, re: Vehicle amt due and interest. | C.G. | .10 | $12.50 |
| 6/19/2013 | Reviewing creditor Sch. F. | C.G. | .30 | $37.50 |
| 6/19/2013 | Reviewed email sent from client, re: Spring leaf, no info from client. | C.G. | .10 | $12.50 |
| 6/19/2013 | Reviewed email sent from client w/ spring field information. | C.G. | .10 | $12.50 |
| 6/20/2013 | Reviewed email sent from Placer title w/ deeds to property. | C.G. | .10 | $12.50 |
| 6/20/2013 | Reviewed documents brought by client, re: Vehicle. | C.G. | .10 | $12.50 |
| 6/25/2013 | Read and respond to email from client, re: petition. | C.G. | .10 | $12.50 |
| 6/25/2013 | Reviewed email, re: Petition completed. | C.G. | .10 | $12.50 |
| 6/25/2013 | Drafted email to client re: petition updates. | C.G. | .20 | $25.00 |
| 6/25/2013 | Review petition, schedules, statements and plan. Calculate chapter 13 plan. | P.W.G. | 1.80 | $540.00 |
| 6/26/2013 | T/C to client, re: Petition ready to sign. | C.G. | .10 | No Charge |
| 6/26/2013 | Drafted email, re: Petition is ready to sign. | C.G. | .10 | No Charge |
| 6/26/2013 | Meet with client in-person to review petition. | C.G. | .50 | $62.50 |
| 6/26/2013 | Prepared Notice of Automatic Stay letter to send to creditor, employer and sheriff on garnishment by fax. | C.G. | .30 | $37.50 |
| 6/26/2013 | Prepare final petition corrections. | C.G. | 1.00 | $125.00 |
| 6/27/2013 | Prepare Notice of Stay of Proceedings on Judicial Council forms for filing with state court. | E.H. | 1.80 | $225.00 |
| 6/27/2013 | Drafted email to client, re: docs sent from sheriff - Automatic Stay. | C.G. | .10 | $12.50 |
| 6/27/2013 | Reviewed email sent from client, re: Garnishment documents from sheriff's dept. | C.G. | .10 | $12.50 |
| 7/1/2013 | Read and approve notice of stay of proceedings for Calvary Portfolio Services to be filed in state court case no. S-1500-CL-266157. | P.W.G. | .10 | $30.00 |
| 7/2/2013 | Begin preparing trustee's 521 documents. | E.H. | .30 | $37.50 |
| 7/3/2013 | Prepared trustee's 521 documents. | E.H. | 3.50 | $437.50 |
| 7/3/2013 | Review and approve trustee's 521 document packet. | P.W.G. | .30 | $90.00 |
| 7/3/2013 | Efiled certificate of service. | E.H. | .20 | $25.00 |
| 7/8/2013 | Reviewed fax sent from (CR) Winn Law Group, re: Garnishment Termination. | C.G. | .10 | $12.50 |
| 7/8/2013 | Drafted email to client, re: Garnishment termination attachment. | C.G. | .10 | $12.50 |
| 7/8/2013 | Reviewed email sent from client, re: Garnishment. | C.G. | .10 | $12.50 |
| 7/9/2013 | Read letter from Winn Law Group, re: notice of termination of wage garnishment. | P.W.G. | .10 | $30.00 |
| 7/10/2013 | Mailed copy of Letter from Winn Law Group. | E.H. | .10 | No Charge |
| 7/18/2013 | Read endorsed copy of notice of stay of proceedings | P.W.G. | .10 | $30.00 |

|            | for Calvary lawsuit (Case no. S-1500-CL-266157) received by U.S. mail. |        |       |           |
|------------|------------------------------------------------------------------------|--------|-------|-----------|
| 7/22/2013  | Reviewed email sent from client, re: BK Case #.                        | C.G.   | .10   | $12.50    |
| 7/22/2013  | Drafted email to client, re: BK Case #.                                | C.G.   | .10   | $12.50    |
| 7/24/2013  | Read endorsed copy of notice of stay of proceedings filed in state court case no. S-1500-CL-266157. | P.W.G. | .10   | $30.00    |
| 7/24/2013  | Read notice of undeliverable mail from Aspire. Research address.  Prepare change of address. | P.W.G. | .30   | $90.00    |
| 7/24/2013  | T/C from Charlene Lopez, re: Notice of BK.                              | C.G.   | .10   | $12.50    |
| 8/2/2013   | Read notice of requirement to file PFM.  Draft letter to client, re: PFM requirement. | P.W.G. | .10   | $30.00    |
| 8/7/2013   | Prepared POS and served Creditor.                                      | E.H.   | .20   | No Charge |
| 8/7/2013   | Efiled change of address for creditor Aspire.                          | E.H.   | .20   | No Charge |
| 8/7/2013   | Prepared notice of creditors and requirement to complete 2nd course.   | E.H.   | .20   | No Charge |
| 8/8/2013   | Efiled POS                                                             | E.H.   | .10   | No Charge |
| 8/13/2013  | Reviewed email sent from client, re: PFM.                              | C.G.   | .10   | No Charge |
| 8/13/2013  | Drafted email to client, re: PFM.                                      | C.G.   | .10   | No Charge |
| 8/13/2013  | Reviewed email sent by client, re: PFM.                                | C.G.   | .10   | No Charge |
| 8/13/2013  | Drafted email to client, re: PFM.                                      | C.G.   | .10   | No Charge |
| 8/14/2013  | Prepare for 341 meeting.                                               | P.W.G. | .30   | $90.00    |
| 8/15/2013  | Attend 341 meeting.                                                    | P.W.G. | .70   | $210.00   |
| 8/15/2013  | Review file.  Analyze chapter 13 trustee's requests and compile information for trustee. | P.W.G. | .30   | $90.00    |
| 8/16/2013  | Reviewed file.  Prepared Sch. J and D and Means Test.                  | C.G.   | 1.10  | $137.50   |
| 8/23/2013  | Review file.  Review and approved amended schedules D, J and means test.  Amended at request of chapter 13 trustee. | P.W.G. | .20   | $60.00    |
| 8/23/2013  | Read and approve order confirming plan.                                | P.W.G. | .10   | $30.00    |
| 8/26/2013  | T/C to client, re: Amendments.                                         | C.G.   | .10   | $12.50    |
| 9/4/2013   | Draft email to K.Gates, re: amendments and additional information requested. | P.W.G. | .10   | $30.00    |
| SUBTOTAL:  |                                                                        |        | 36.30 | $5,360.00 |

**Costs**

| 6/4/2013  | Printed 10 pages.                                            | $1.00  |
|-----------|--------------------------------------------------------------|--------|
| 6/6/2013  | Printed 6 pages x.20                                         | $1.20  |
| 6/7/2013  | Expense printed 43 pages @ .20                               | $8.60  |
| 6/12/2013 | Downloaded and printed previous petition from PACER.  PACER fees. | $3.00  |
| 6/12/2013 | Printed previous petition.                                  | $9.00  |
| 6/13/2013 | Printed 36 pages @ .20                                       | $7.20  |
| 6/26/2013 | Expense - Legal envelope.                                    | $1.00  |
| SUBTOTAL: |                                                              | $31.00 |

**Matter Ledgers**

| 9/24/2013 | Balance before last invoice | $0.00     |
|-----------|-----------------------------|-----------|
| 9/24/2013 | Invoice 10111               | $5,391.00 |
| SUBTOTAL: |                             | $5,391.00 |

**Trust Account**

Available in Trust:                                                                     $0.00


TOTAL: $5,391.00

PREVIOUS BALANCE DUE: $0.00

CURRENT BALANCE DUE AND OWING: $5,391.00

**Chapter 13 Project Categories**

  **(a) Pre-petition Consultation and Fact Gathering;**
      **Hours: 7.6**            **Amount: $1,142.50**

  **(b) Preparation of Voluntary Petition, Schedules and Form 22C;**
      **Hours: 16.3**          **Amount: $2,327.50**

  **(c) Independent Verification of Information;**
      **Hours: 0.1**            **Amount: $12.50**

  **(d) Amendments to Petition and/ or Schedules;**
      **Hours: 1.8**            **Amount: $330.00**

  **(e) Original Plan, Hearings and Objections;**
      **Hours: 0.1**      **Amount: $30.00**

  **(f)  341 Preparation and Attendance;**
      **Hours: 1.0**            **Amount: $300.00**

  **(m) Motion to Value Collateral Law (PWG-1);**
      **Hours: 0.00**          **Amount: $0.00**

  **(p) Case Administration;**
      **Hours: 4.6**            **Amount: $512.50**

  **(q) Trustee's 521 Packet;**
      **Hours: 4.8**            **Amount: $705.00**

  **(6a) Postage;**           **Amount: $0.00**
                      **Amount: $0.00**
  **(6b) Computer Legal Research**   **Amount: $12.00**

  **(6c) Reproduction;**        **Amount: $19.00**

| Activity | Notes | Owner | Date | Billable units | Rate | Amount | Project Category |
|---|---|---|---|---|---|---|---|
| | **a - Pre-petition Consultation and Fact Gathering** | | | | | | |
| Billed | Meet with client for bankruptcy work-up. Gather information on assets, income, expenses. | fmondragon | 1/31/2013 | 0.6 | $125.00 | $75.00 | a |
| Billed | Initial consultation with client. | pgillet | 1/31/2013 | 0.5 | $300.00 | $150.00 | a |
| Billed | Reviewed file to analyze documents provided. | fmondragon | 4/3/2013 | 0.5 | $125.00 | $62.50 | a |
| Billed | Reviewed email sent w/ tax returns. | fmondragon | 4/3/2013 | 0.2 | $125.00 | $25.00 | a |
| Billed | Reviewed tax returns for 2012 w/ client. | fmondragon | 5/28/2013 | 0.2 | $125.00 | $25.00 | a |
| Billed | Reviewed file and analyzed documents. | fmondragon | 6/4/2013 | 0.5 | $125.00 | $62.50 | a |
| Billed | Reviewed email sent by client, re: pay stubs. | fmondragon | 6/4/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Prepared list of documents required. | fmondragon | 6/4/2013 | 0.3 | $125.00 | $37.50 | a |
| Billed | Drafted email to client, re: Required documents and expense sheet. | fmondragon | 6/4/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Read email from client, review wage garnishment order, draft response to client's questions, re: wage garnishment or documents. | pgillet | 6/4/2013 | 0.1 | $300.00 | $30.00 | a |
| Billed | Review paystubs sent by email from client. | pgillet | 6/4/2013 | 0.2 | $300.00 | $60.00 | a |
| Billed | T/C to client, re: Confirmation of Docs required list. | fmondragon | 6/5/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | T/C from client, re: Confirmation of email list. | fmondragon | 6/5/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Reviewed file and | fmondragon | 6/6/2013 | 0.2 | $125.00 | $25.00 | a |

| | analyzed documents. | | | | | | |
|---|---|---|---|---|---|---|---|
| Billed | Drafted email to client, re: required documents. | fmondragon | 6/6/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Reviewed email sent from client. | fmondragon | 6/6/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Reviewed file and analyzed documents. | fmondragon | 6/7/2013 | 0.5 | $125.00 | $62.50 | a |
| Billed | Drafted email to client, re: statements received. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Drafted email to client, re: credit counseling. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Drafted email to client, re: confirming information provided. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Read and respond to email from client re: documents required. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Reviewed email sent by client, re: taxes and mortgage. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Drafted email to client, re: mortgage statement needed. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Reviewed email sent from client, re: what to do next w/ credit counseling. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Reviewed email sent from client re: Attachment of 3 months Bank Statements. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Drafted email to client, re: Attachments received. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Reviewed email sent, re: Mortgage Statement Payment History. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Drafted email to client, re: mortgage statement. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Read and respond to | pgillet | 6/7/2013 | 0.1 | $300.00 | $30.00 | a |

| | email from client, re: next step in process. | | | | | | |
|---|---|---|---|---|---|---|---|
| Billed | Read and respond to email from client, re: credit counseling course. | pgillet | 6/7/2013 | 0.1 | $300.00 | $30.00 | a |
| Billed | Read and respond to email from client, re: Am/Ex judicial lien. | pgillet | 6/7/2013 | 0.1 | $300.00 | $30.00 | a |
| Billed | Reviewed email sent from client. Re: Mortgage statement. | fmondragon | 6/10/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Reviewed email from client re: Cert of Counseling. | fmondragon | 6/10/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Reviewed file and analyzed to determine documents missing. | fmondragon | 6/12/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Reviewed file and prepared updated list of documents required. | fmondragon | 6/12/2013 | 0.2 | $125.00 | $25.00 | a |
| Billed | Reviewed email sent from client. | fmondragon | 6/12/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Drafted email to client. Re: Document needed to prepare petition. | fmondragon | 6/12/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Reviewed email sent from client, re: CC and SS. | fmondragon | 6/12/2013 | 0.2 | $125.00 | $25.00 | a |
| Billed | Drafted email to client, re: Response to documents needed. | fmondragon | 6/12/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Reviewed email sent from client, re: Tax Returns. | fmondragon | 6/12/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Drafted email to client, re: State Taxes needed and garnishment info needed. | fmondragon | 6/12/2013 | 0.1 | $125.00 | $12.50 | a |
| Billed | Read email and reviewed 2009-2012 State Taxes. | fmondragon | 6/13/2013 | 0.4 | $125.00 | $50.00 | a |
| Billed | Drafted email to | fmondragon | 6/13/2013 | 0.1 | $125.00 | $12.50 | a |

| | client, re: assets. | | | | | | |
|---|---|---|---|---|---|---|---|
| Billed | Reviewed email, re: Assets. | fmondragon | 6/13/2013 | 0.1 | $125.00 | $12.50 | a |
| | | | | 7.6 | | $1,142.50 | |
| | **b - Preparation of Voluntary Petition, Schedules and Form** | | | | | | |
| Billed | Reviewed previous petition, documents and current information. | evillegas | 6/12/2013 | 4.5 | $125.00 | $562.50 | b |
| Billed | Reviewed SOFA and documents using checklist including taxes and business income. | evillegas | 6/14/2013 | 2.5 | $125.00 | $312.50 | b |
| Billed | Read and respond to email from client, re: estimated filing date. | fmondragon | 6/17/2013 | 0.2 | $125.00 | $25.00 | b |
| Billed | Read and respond by email, re: assuring her no negative consequence from not filing immediately. | fmondragon | 6/17/2013 | 0.2 | $125.00 | $25.00 | b |
| Billed | Reviewed email sent by client, re: program on taxes not a business. | fmondragon | 6/17/2013 | 0.1 | $125.00 | $12.50 | b |
| Billed | Drafted email to client, re: business on taxes 2012. | fmondragon | 6/17/2013 | 0.2 | $125.00 | $25.00 | b |
| Billed | Reviewed email from client, re: no business. | fmondragon | 6/17/2013 | 0.1 | $125.00 | $12.50 | b |
| Billed | Reviewed pay stubs, pay analysis and recalculated paystubs because of missing pay stubs. | evillegas | 6/17/2013 | 2.1 | $125.00 | $262.50 | b |
| Billed | Prepare Schedules and SOFA. | evillegas | 6/18/2013 | 1.5 | $125.00 | $187.50 | b |
| Billed | Read and respond to email from client, re: when will petition be ready. | fmondragon | 6/19/2013 | 0.1 | $125.00 | $12.50 | b |
| Billed | Drafted email to client, re: Vehicle amt | fmondragon | 6/19/2013 | 0.1 | $125.00 | $12.50 | b |

| | due and interest. | | | | | | |
|---|---|---|---|---|---|---|---|
| Billed | Reviewing creditor Sch. F. | fmondragon | 6/19/2013 | 0.3 | $125.00 | $37.50 | b |
| Billed | Reviewed email sent from client, re: Spring leaf, no info from client. | fmondragon | 6/19/2013 | 0.1 | $125.00 | $12.50 | b |
| Billed | Reviewed email sent from client w/ spring field information. | fmondragon | 6/19/2013 | 0.1 | $125.00 | $12.50 | b |
| Billed | Review documents and reconcile differences for due diligence. | evillegas | 6/19/2013 | 0.3 | $125.00 | $37.50 | b |
| Billed | Read and respond to email from client, re: petition. | fmondragon | 6/25/2013 | 0.1 | $125.00 | $12.50 | b |
| Billed | Reviewed email, re: Petition completed. | fmondragon | 6/25/2013 | 0.1 | $125.00 | $12.50 | b |
| Billed | Drafted email to client re: petition updates. | fmondragon | 6/25/2013 | 0.2 | $125.00 | $25.00 | b |
| Billed | Review petition, schedules, statements and plan.  Calculate chapter 13 plan. | pgillet | 6/25/2013 | 1.8 | $300.00 | $540.00 | b |
| Billed | T/C to client, re: Petition ready to sign. | fmondragon | 6/26/2013 | 0.1 | $125.00 | No Charge | b |
| Billed | Drafted email, re: Petition is ready to sign. | fmondragon | 6/26/2013 | 0.1 | $125.00 | No Charge | b |
| Billed | Meet with client in-person to review petition. | fmondragon | 6/26/2013 | 0.5 | $125.00 | $62.50 | b |
| Billed | Prepare final petition corrections. | fmondragon | 6/26/2013 | 1 | $125.00 | $125.00 | b |
| | | | | 16.3 | | $2,327.50 | |
| | **c - Independent verification of information** | | | | | | |
| Billed | Reviewed documents brought by client, re: Vehicle. | fmondragon | 6/20/2013 | 0.1 | $125.00 | $12.50 | c |
| | | | | | | | |
| | **d - Amendments to** | | | | | | |

| | petition and/or Schedules | | | | | | |
|---|---|---|---|---|---|---|---|
| Billed | Read notice of undeliverable mail from Aspire. Research address. Prepare change of address. | pgillet | 7/24/2013 | 0.3 | $300.00 | $90.00 | d |
| Billed | Reviewed file. Prepared Sch. J and D and Means Test. | fmondragon | 8/16/2013 | 1.1 | $125.00 | $137.50 | d |
| Billed | Review file. Review and approved amended schedules D, J and means test. Amended at request of chapter 13 trustee. | pgillet | 8/23/2013 | 0.2 | $300.00 | $60.00 | d |
| Billed | T/C to client, re: Amendments. | fmondragon | 8/26/2013 | 0.1 | $125.00 | $12.50 | d |
| Billed | Draft email to K.Gates, re: amendments and additional information requested. | pgillet | 9/4/2013 | 0.1 | $300.00 | $30.00 | d |
| | | | | 1.8 | | $330.00 | |
| | **e - Original plan, hearings and objections** | | | | | | |
| Billed | Read and approve order confirming plan. | pgillet | 8/23/2013 | 0.1 | $300.00 | $30.00 | e |
| | | | | | | | |
| | **f - 341 preparation and attendance** | | | | | | |
| Billed | Prepare for 341 meeting. | pgillet | 8/14/2013 | 0.3 | $300.00 | $90.00 | f |
| Billed | Attend 341 meeting. | pgillet | 8/15/2013 | 0.7 | $300.00 | $210.00 | f |
| | | | | 1 | | $300.00 | |
| | **p - Case administration** | | | | | | |
| Billed | Prepared Notice of Automatic Stay letter to send to creditor, employer and sheriff | fmondragon | 6/26/2013 | 0.3 | $125.00 | $37.50 | p |

| | on garnishment by fax. | | | | | | |
|---|---|---|---|---|---|---|---|
| Billed | Drafted email to client, re: docs sent from sheriff - Automatic Stay. | fmondragon | 6/27/2013 | 0.1 | $125.00 | $12.50 | p |
| Billed | Reviewed email sent from client, re: Garnishment documents from sheriff's dept. | fmondragon | 6/27/2013 | 0.1 | $125.00 | $12.50 | p |
| Billed | Prepare Notice of Stay of Proceedings on Judicial Council forms for filing with state court. | evillegas | 6/27/2013 | 1.8 | $125.00 | $225.00 | p |
| Billed | Read and approve notice of stay of proceedings for Calvary Portfolio Services to be filed in state court case no. S-1500-CL-266157. | pgillet | 7/1/2013 | 0.1 | $300.00 | $30.00 | p |
| Billed | Reviewed fax sent from (CR) Winn Law Group, re: Garnishment Termination. | fmondragon | 7/8/2013 | 0.1 | $125.00 | $12.50 | p |
| Billed | Drafted email to client, re: Garnishment termination attachment. | fmondragon | 7/8/2013 | 0.1 | $125.00 | $12.50 | p |
| Billed | Reviewed email sent from client, re: Garnishment. | fmondragon | 7/8/2013 | 0.1 | $125.00 | $12.50 | p |
| Billed | Read letter from Winn Law Group, re: notice of termination of wage garnishment. | pgillet | 7/9/2013 | 0.1 | $300.00 | $30.00 | p |
| Billed | Mailed copy of Letter from Winn Law Group. | evillegas | 7/10/2013 | 0.1 | $125.00 | No Charge | p |
| Billed | Read endorsed copy of notice of stay of proceedings for | pgillet | 7/18/2013 | 0.1 | $300.00 | $30.00 | p |

|  | Calvary lawsuit (Case no. S-1500-CL-266157) received by U.S. mail. |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Billed | Reviewed email sent from client, re: BK Case #. | fmondragon | 7/22/2013 | 0.1 | $125.00 | $12.50 | p |
| Billed | Drafted email to client, re: BK Case #. | fmondragon | 7/22/2013 | 0.1 | $125.00 | $12.50 | p |
| Billed | T/C from Charlene Lopez, re: Notice of BK. | fmondragon | 7/24/2013 | 0.1 | $125.00 | $12.50 | p |
| Billed | Read endorsed copy of notice of stay of proceedings filed in state court case no. S-1500-CL-266157. | pgillet | 7/24/2013 | 0.1 | $300.00 | $30.00 | p |
| Billed | Read notice of requirement to file PFM.  Draft letter to client, re: PFM requirement. | pgillet | 8/2/2013 | 0.1 | $300.00 | $30.00 | p |
| Billed | Prepared POS and served Creditor. | evillegas | 8/7/2013 | 0.2 | $125.00 | No Charge | p |
| Billed | Efiled change of address for creditor Aspire. | evillegas | 8/7/2013 | 0.2 | $125.00 | No Charge | p |
| Billed | Prepared notice of creditors and requirement to complete 2nd course. | evillegas | 8/7/2013 | 0.2 | $125.00 | No Charge | p |
| Billed | Efiled POS | evillegas | 8/8/2013 | 0.1 | $125.00 | No Charge | p |
| Billed | Reviewed email sent from client, re: PFM. | fmondragon | 8/13/2013 | 0.1 | $125.00 | No Charge | p |
| Billed | Drafted email to client, re: PFM. | fmondragon | 8/13/2013 | 0.1 | $125.00 | No Charge | p |
| Billed | Reviewed email sent by client, re: PFM. | fmondragon | 8/13/2013 | 0.1 | $125.00 | No Charge | p |
| Billed | Drafted email to client, re: PFM. | fmondragon | 8/13/2013 | 0.1 | $125.00 | No Charge | p |
|  |  |  |  | 4.6 |  | $512.50 |  |
|  | **q - Trustee's 521 packet** |  |  |  |  |  |  |
| Billed | Draft email to Placer Title, re: deeds for | fmondragon | 6/19/2013 | 0.1 | $125.00 | $12.50 | q |

| | trustee's packet. | | | | | | |
|---|---|---|---|---|---|---|---|
| Billed | Reviewed email sent from Placer title w/ deeds to property. | fmondragon | 6/20/2013 | 0.1 | $125.00 | $12.50 | q |
| Billed | Begin preparing trustee's 521 documents. | evillegas | 7/2/2013 | 0.3 | $125.00 | $37.50 | q |
| Billed | Prepared trustee's 521 documents. | evillegas | 7/3/2013 | 3.5 | $125.00 | $437.50 | q |
| Billed | Efiled certificate of service. | evillegas | 7/3/2013 | 0.2 | $125.00 | $25.00 | q |
| Billed | Review and approve trustee's 521 document packet. | pgillet | 7/3/2013 | 0.3 | $300.00 | $90.00 | q |
| Billed | Review file.  Analyze chapter 13 trustee's requests and compile information for trustee. | pgillet | 8/15/2013 | 0.3 | $300.00 | $90.00 | q |
| | | | | 4.8 | | $705.00 | |
| | **6-b Computer Legal Research** | | | | | | |
| Expense | Downloaded and printed previous petition from PACER.  PACER fees. | pgillet | 6/12/2013 | 0 | N/A | $3.00 | 6b |
| Expense | Printed previous petition. | pgillet | 6/12/2013 | 0 | N/A | $9.00 | 6b |
| | **6 -c Expense reproduction** | | | | | $12.00 | |
| Expense | Printed 10 pages. | fmondragon | 6/4/2013 | 0 | N/A | $1.00 | 6c |
| Expense | Printed 6 pages x.20 | fmondragon | 6/6/2013 | 0 | N/A | $1.20 | 6c |
| Expense | Expense printed 43 pages @ .20 | fmondragon | 6/7/2013 | 0 | N/A | $8.60 | 6c |
| Expense | Printed 36 pages @ .20 | fmondragon | 6/13/2013 | 0 | N/A | $7.20 | 6c |
| Expense | Expense - Legal envelope. | fmondragon | 6/26/2013 | 0 | N/A | $1.00 | 6c |
| | | | | | | $19.00 | |

| Activity | Notes | Owner | Date | Billable units | Rate | Amount |
|---|---|---|---|---|---|---|
| Billed | Meet with client for bankruptcy work-up.  Gather information on assets, income, expenses. | fmondragon | 1/31/2013 | 0.6 | $125.00 | $75.00 |
| Billed | Reviewed file to analyze documents provided. | fmondragon | 4/3/2013 | 0.5 | $125.00 | $62.50 |
| Billed | Reviewed email sent w/ tax returns. | fmondragon | 4/3/2013 | 0.2 | $125.00 | $25.00 |
| Billed | Reviewed tax returns for 2012 w/ client. | fmondragon | 5/28/2013 | 0.2 | $125.00 | $25.00 |
| Billed | Reviewed file and analyzed documents. | fmondragon | 6/4/2013 | 0.5 | $125.00 | $62.50 |
| Billed | Reviewed email sent by client, re: pay stubs. | fmondragon | 6/4/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Prepared list of documents required. | fmondragon | 6/4/2013 | 0.3 | $125.00 | $37.50 |
| Billed | Drafted email to client, re: Required documents and expense sheet. | fmondragon | 6/4/2013 | 0.1 | $125.00 | $12.50 |
| Billed | T/C to client, re: Confirmation of Docs required list. | fmondragon | 6/5/2013 | 0.1 | $125.00 | $12.50 |
| Billed | T/C from client, re: Confirmation of email list. | fmondragon | 6/5/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed file and analyzed documents. | fmondragon | 6/6/2013 | 0.2 | $125.00 | $25.00 |
| Billed | Drafted email to client, re: required documents. | fmondragon | 6/6/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed email sent from client. | fmondragon | 6/6/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed file and analyzed documents. | fmondragon | 6/7/2013 | 0.5 | $125.00 | $62.50 |
| Billed | Drafted email to client, re: statements received. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Drafted email to client, re: credit counseling. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Drafted email to client, re: confirming information provided. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Read and respond to email from client re: documents required. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed email sent by client, re: taxes and | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 |

| | | | | | |
|---|---|---|---|---|---|
| | mortgage. | | | | | |
| Billed | Drafted email to client, re: mortgage statement needed. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed email sent from client, re: what to do next w/ credit counseling. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed email sent from client re: Attachment of 3 months Bank Statements. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Drafted email to client, re: Attachments received. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed email sent, re: Mortgage Statement Payment History. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Drafted email to client, re: mortgage statement. | fmondragon | 6/7/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed email sent from client. Re: Mortgage statement. | fmondragon | 6/10/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed email from client re: Cert of Counseling. | fmondragon | 6/10/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed file and analyzed to determine documents missing. | fmondragon | 6/12/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed file and prepared updated list of documents required. | fmondragon | 6/12/2013 | 0.2 | $125.00 | $25.00 |
| Billed | Reviewed email sent from client. | fmondragon | 6/12/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Drafted email to client. Re: Document needed to prepare petition. | fmondragon | 6/12/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed email sent from client, re: CC and SS. | fmondragon | 6/12/2013 | 0.2 | $125.00 | $25.00 |
| Billed | Drafted email to client, re: Response to documents needed. | fmondragon | 6/12/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed email sent from client, re: Tax Returns. | fmondragon | 6/12/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Drafted email to client, re: State Taxes needed and garnishment info needed. | fmondragon | 6/12/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Read email and reviewed 2009-2012 State Taxes. | fmondragon | 6/13/2013 | 0.4 | $125.00 | $50.00 |
| Billed | Drafted email to client, re: assets. | fmondragon | 6/13/2013 | 0.1 | $125.00 | $12.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Billed | Reviewed email, re: Assets. | fmondragon | 6/13/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Read and respond to email from client, re: estimated filing date. | fmondragon | 6/17/2013 | 0.2 | $125.00 | $25.00 |
| Billed | Read and respond by email, re: assuring her no negative consequence from not filing immediately. | fmondragon | 6/17/2013 | 0.2 | $125.00 | $25.00 |
| Billed | Reviewed email sent by client, re: program on taxes not a business. | fmondragon | 6/17/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Drafted email to client, re: business on taxes 2012. | fmondragon | 6/17/2013 | 0.2 | $125.00 | $25.00 |
| Billed | Reviewed email from client, re: no business. | fmondragon | 6/17/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Read and respond to email from client, re: when will petition be ready. | fmondragon | 6/19/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Draft email to Placer Title, re: deeds for trustee's packet. | fmondragon | 6/19/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Drafted email to client, re: Vehicle amt due and interest. | fmondragon | 6/19/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewing creditor Sch. F. | fmondragon | 6/19/2013 | 0.3 | $125.00 | $37.50 |
| Billed | Reviewed email sent from client, re: Spring leaf, no info from client. | fmondragon | 6/19/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed email sent from client w/ spring field information. | fmondragon | 6/19/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed email sent from Placer title w/ deeds to property. | fmondragon | 6/20/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed documents brought by client, re: Vehicle. | fmondragon | 6/20/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Read and respond to email from client, re: petition. | fmondragon | 6/25/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed email, re: Petition completed. | fmondragon | 6/25/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Drafted email to client re: petition updates. | fmondragon | 6/25/2013 | 0.2 | $125.00 | $25.00 |
| Billed | T/C to client, re: Petition ready to sign. | fmondragon | 6/26/2013 | 0 | $125.00 | No Charge |
| Billed | Drafted email, re: Petition is ready to sign. | fmondragon | 6/26/2013 | 0 | $125.00 | No Charge |

| | | | | | | |
|---|---|---|---|---|---|---|
| Billed | Meet with client in-person to review petition. | fmondragon | 6/26/2013 | 0.5 | $125.00 | $62.50 |
| Billed | Prepared Notice of Automatic Stay letter to send to creditor, employer and sheriff on garnishment by fax. | fmondragon | 6/26/2013 | 0.3 | $125.00 | $37.50 |
| Billed | Prepare final petition corrections. | fmondragon | 6/26/2013 | 1 | $125.00 | $125.00 |
| Billed | Drafted email to client, re: docs sent from sheriff - Automatic Stay. | fmondragon | 6/27/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed email sent from client, re: Garnishment documents from sheriff's dept. | fmondragon | 6/27/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed fax sent from (CR) Winn Law Group, re: Garnishment Termination. | fmondragon | 7/8/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Drafted email to client, re: Garnishment termination attachment. | fmondragon | 7/8/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed email sent from client, re: Garnishment. | fmondragon | 7/8/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed email sent from client, re: BK Case #. | fmondragon | 7/22/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Drafted email to client, re: BK Case #. | fmondragon | 7/22/2013 | 0.1 | $125.00 | $12.50 |
| Billed | T/C from Charlene Lopez, re: Notice of BK. | fmondragon | 7/24/2013 | 0.1 | $125.00 | $12.50 |
| Billed | Reviewed email sent from client, re: PFM. | fmondragon | 8/13/2013 | 0 | $125.00 | No Charge |
| Billed | Drafted email to client, re: PFM. | fmondragon | 8/13/2013 | 0 | $125.00 | No Charge |
| Billed | Reviewed email sent by client, re: PFM. | fmondragon | 8/13/2013 | 0 | $125.00 | No Charge |
| Billed | Drafted email to client, re: PFM. | fmondragon | 8/13/2013 | 0 | $125.00 | No Charge |
| Billed | Reviewed file. Prepared Sch. J and D and Means Test. | fmondragon | 8/16/2013 | 1.1 | $125.00 | $137.50 |
| Billed | T/C to client, re: Amendments. | fmondragon | 8/26/2013 | 0.1 | $125.00 | $12.50 |
| | | | | 12.5 | | $1,562.50 |
| | | | | | | |

| Billed | Reviewed previous petition, documents and current information. | evillegas | 6/12/2013 | 4.5 | $125.00 | $562.50 |
|---|---|---|---|---|---|---|
| Billed | Reviewed SOFA and documents using checklist including taxes and business income. | evillegas | 6/14/2013 | 2.5 | $125.00 | $312.50 |
| Billed | Reviewed pay stubs, pay analysis and recalculated paystubs because of missing pay stubs. | evillegas | 6/17/2013 | 2.1 | $125.00 | $262.50 |
| Billed | Prepare Schedules and SOFA. | evillegas | 6/18/2013 | 1.5 | $125.00 | $187.50 |
| Billed | Review documents and reconcile differences for due diligence. | evillegas | 6/19/2013 | 0.3 | $125.00 | $37.50 |
| Billed | Prepare Notice of Stay of Proceedings on Judicial Council forms for filing with state court. | evillegas | 6/27/2013 | 1.8 | $125.00 | $225.00 |
| Billed | Begin preparing trustee's 521 documents. | evillegas | 7/2/2013 | 0.3 | $125.00 | $37.50 |
| Billed | Prepared trustee's 521 documents. | evillegas | 7/3/2013 | 3.5 | $125.00 | $437.50 |
| Billed | Efiled certificate of service. | evillegas | 7/3/2013 | 0.2 | $125.00 | $25.00 |
| Billed | Mailed copy of Letter from Winn Law Group. | evillegas | 7/10/2013 | 0 | $125.00 | No Charge |
| Billed | Prepared POS and served Creditor. | evillegas | 8/7/2013 | 0 | $125.00 | No Charge |
| Billed | Efiled change of address for creditor Aspire. | evillegas | 8/7/2013 | 0 | $125.00 | No Charge |
| Billed | Prepared notice of creditors and requirement to complete 2nd course. | evillegas | 8/7/2013 | 0 | $125.00 | No Charge |
| Billed | Efiled POS | evillegas | 8/8/2013 | 0 | $125.00 | No Charge |
| | | | | 16.7 | | $2,087.50 |
| | | | | | | |
| Billed | Initial consultation with client. | pgillet | 1/31/2013 | 0.5 | $300.00 | $150.00 |
| Billed | Read email from client, review wage garnishment order, draft response to client's questions, re: wage garnishment or documents. | pgillet | 6/4/2013 | 0.1 | $300.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Billed | Review paystubs sent by email from client. | pgillet | 6/4/2013 | 0.2 | $300.00 | $60.00 |
| Billed | Read and respond to email from client, re: next step in process. | pgillet | 6/7/2013 | 0.1 | $300.00 | $30.00 |
| Billed | Read and respond to email from client, re: credit counseling course. | pgillet | 6/7/2013 | 0.1 | $300.00 | $30.00 |
| Billed | Read and respond to email from client, re: Am/Ex judicial lien. | pgillet | 6/7/2013 | 0.1 | $300.00 | $30.00 |
| Billed | Review petition, schedules, statements and plan. Calculate chapter 13 plan. | pgillet | 6/25/2013 | 1.8 | $300.00 | $540.00 |
| Billed | Read and approve notice of stay of proceedings for Calvary Portfolio Services to be filed in state court case no. S-1500-CL-266157. | pgillet | 7/1/2013 | 0.1 | $300.00 | $30.00 |
| Billed | Review and approve trustee's 521 document packet. | pgillet | 7/3/2013 | 0.3 | $300.00 | $90.00 |
| Billed | Read letter from Winn Law Group, re: notice of termination of wage garnishment. | pgillet | 7/9/2013 | 0.1 | $300.00 | $30.00 |
| Billed | Read endorsed copy of notice of stay of proceedings for Calvary lawsuit (Case no. S-1500-CL-266157) received by U.S. mail. | pgillet | 7/18/2013 | 0.1 | $300.00 | $30.00 |
| Billed | Read endorsed copy of notice of stay of proceedings filed in state court case no. S-1500-CL-266157. | pgillet | 7/24/2013 | 0.1 | $300.00 | $30.00 |
| Billed | Read notice of undeliverable mail from Aspire.  Research address.  Prepare change of address. | pgillet | 7/24/2013 | 0.3 | $300.00 | $90.00 |
| Billed | Read notice of requirement to file PFM.  Draft letter to client, re: PFM requirement. | pgillet | 8/2/2013 | 0.1 | $300.00 | $30.00 |
| Billed | Prepare for 341 meeting. | pgillet | 8/14/2013 | 0.3 | $300.00 | $90.00 |
| Billed | Attend 341 meeting. | pgillet | 8/15/2013 | 0.7 | $300.00 | $210.00 |
| Billed | Review file.  Analyze chapter 13 trustee's requests and compile information for | pgillet | 8/15/2013 | 0.3 | $300.00 | $90.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | trustee. | | | | | |
| Billed | Review file. Review and approved amended schedules D, J and means test. Amended at request of chapter 13 trustee. | pgillet | 8/23/2013 | 0.2 | $300.00 | $60.00 |
| Billed | Read and approve order confirming plan. | pgillet | 8/23/2013 | 0.1 | $300.00 | $30.00 |
| Billed | Draft email to K.Gates, re: amendments and additional information requested. | pgillet | 9/4/2013 | 0.1 | $300.00 | $30.00 |
| | | | | 5.7 | | $1,710.00 |
| | | | | | | |
| | | | | | | $5,360.00 |
| | | | | | | |
| Expense | Printed 10 pages. | fmondragon | 6/4/2013 | 0 | N/A | $1.00 |
| Expense | Printed 6 pages x.20 | fmondragon | 6/6/2013 | 0 | N/A | $1.20 |
| Expense | Expense printed 43 pages @ .20 | fmondragon | 6/7/2013 | 0 | N/A | $8.60 |
| Expense | Downloaded and printed previous petition from PACER. PACER fees. | pgillet | 6/12/2013 | 0 | N/A | $3.00 |
| Expense | Printed previous petition. | pgillet | 6/12/2013 | 0 | N/A | $9.00 |
| Expense | Printed 36 pages @ .20 | fmondragon | 6/13/2013 | 0 | N/A | $7.20 |
| Expense | Expense - Legal envelope. | fmondragon | 6/26/2013 | 0 | N/A | $1.00 |
| | | | | | | $31.00 |

2

PHILLIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET
BAKERSFIELD, CALIFORNIA 93301-2807
(661) 323-3200 ● FACSIMILE (661) 323-3078
lawyer@bak.rr.com
Phillip W. Gillet, Jr., State Bar No. 214914
Attorney for debtor[1]

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:

STEPHANIE DORA LANCASTER

        Debtor.

Address:  13503 Coco Palm Court
             BAKERSFIELD, CA 93314

Social Security No(s). or ITIN:
       xxx-xx-2979

Employer Tax ID No(s). (if any):

Case No.: 13-14438-A-13
DC No. PWG-1
Chapter 13

DATE:    **January 22, 2014**
TIME:    **9:00 a.m.**
PLACE: **U.S. Courthouse**
         **510 19th Street**
         **Bakersfield,  California**
JUDGE:  **Hon. Fredrick E. Clement**

## DEBTOR'S DECLARATION, RE: APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES AND COSTS

    1.     I declare that I could, and would, competently testify, if called upon to do so, to each of the following facts based upon my own personal knowledge, and/or information and belief if so stated.

    2.     I am the debtor in the above-entitled case.

    3.     I am unfamiliar with bankruptcy law and needed the expertise of an attorney to properly navigate the bankruptcy system and provide legal advice on the proper actions to take in my case.

/ / / /

---

[1] The term "debtor" includes both singular and plural.  *See* 11 U.S.C. § 102(7).

1        4.     I have read and reviewed the fee application and associated documents prepared by

2    my attorney of record, Phillip W. Gillet, Jr. I understand he will be filing this application and

3    associated documents with the court and serving it as the bankruptcy procedural rules require. I do

4    not require a separate mailed copy of this application and associated documents. My signature below

5    shall be deemed my acceptance of service of this application under Fed. R. Bankr. P. 2002(g)(4).

6        5.     More specifically, I have reviewed the time records and billing entries attached to the

7    exhibits in support of this fee application.

8        6.     I believe that the services performed by Mr. Gillet were reasonable and necessary to

9    effectively represent me in this case.

10       7.     Mr. Gillet's services benefitted my bankruptcy estate and were in my best interest.

11       8.     I believe that the time spent in each billing entry was reasonable.

12       9.     Prior to retaining Mr. Gillet, he informed me of his hourly rate and I agreed to pay it.

13    I believe this rate is similar to what other attorneys in the Bakersfield area charge per hour.

14       10.    I have no objection to the court authorizing the fees requested in this application to be

15    paid to Mr. Gillet as part of my chapter 13 plan.

16       11.    I also have no objection upon conversion or dismissal of this chapter 13 case that the

17    chapter 13 trustee shall pay the balance of any approved and unpaid attorney's fees and costs prior to

18    refunding any remaining funds to me.

19        I declare under penalty of perjury that the foregoing is true and correct. Executed on dates

20    listed below.

21

22    Dated: _11_ / _20_/201_3_        _/s/ Stephanie Dora Lancaster_

23                              Debtor, STEPHANIE DORA LANCASTER

24                                  ORIGINAL

25

26

27

28

1705 27TH STREET • BAKERSFIELD, CA 93301-2807 • (661) 323-3200 • FACSIMILE (661) 323-3678 • www.bakersfieldlaw.org

PHILLIP GILLET, JR.
ATTORNEY AT LAW

DECLARATION OF DEBTOR